HONORABLE MARSHA PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHN KEINATH,<br><br>        Defendant. | Cause No.  CR 15-182 MJP<br><br>**ORDER GRANTING<br>CONTINUANCE** |

THE COURT has considered Defendant John Keinath's motion for a continuance of his trial date from August 3, 2015.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary in order to ensure defense counsel sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

THE COURT further finds that the period of time from the current trial date of August 3, 2015, until the new trial date of November 16, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

ORDER GRANTING
CONTINUANCE- 1

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

1    IT IS THEREFORE ORDERED that that the trial is continued to November 16, 2015 and

2    the pre-trial motions due date is continued to September 21, 2015.

3    DONE this 21st day of July, 2015.

4

5

6

7

8    Marsha J. Pechman
     United States District Judge

9

10

11    Presented by:

12

13    /s/Gilbert H. Levy
      Gilbert H. Levy, WSBA #4805
      Attorney for Defendant

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING
CONTINUANCE- 2

**Gilbert H. Levy**
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252