The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHN CHARLES KEINATH,<br><br>Defendant. | NO.  15-CR-182-MJP<br><br>**ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. Counsel for the defendant shall file any amended or supplement motion on or before January 4, 2021;

b. The government's response to the motion shall be filed on or before January 18, 2021; and

c. Any reply shall be filed on or before January 25, 2021, and the matter noted for that date.

DATED this 19 day of January, 2021.

MARSHA J. PECHMAN
United States District Court Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Keinath,* 15-CR-182-MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970