UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CHARLES KEINATH,<br><br>Defendant. | CASE NO. CR15-182 MJP<br><br>ORDER FOR ADDITIONAL BRIEFING |

The Court issues this Order sua sponte. In light of the Ninth Circuit's memorandum disposition and mandate (see Dkt. Nos. 60 & 61) the Court invites the parties to submit additional briefing, should they wish. Defendant may file a renewed motion and supporting materials, which must be filed within 14 days of entry of this Order. And Plaintiff may file a renewed opposition with supporting materials, which must then be filed 7 days later. No reply brief shall be filed unless as indicated by the Court.

\\

\\

ORDER FOR ADDITIONAL BRIEFING - 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated April 8, 2022.

Marsha J. Pechman
United States Senior District Judge