1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10  UNITED STATES OF AMERICA,         CASE NO. CR15-182 MJP

11            Plaintiff,         ORDER ON MOTION TO
         CONTINUE

12      v.

13  JOHN CHARLES KEINATH,

14           Defendant.

15

16        This matter comes before the Court on Defendant's Motion to Continue Due Date for

17  Supplemental Briefing. Having reviewed the motion and acknowledging that Plaintiff has not

18  had an opportunity to respond, the Court finds good cause to grant the requested extension given

19  the pending issues noted in the Motion. The Court therefore extends the due date for Defendant's

20  supplemental brief to May 6, 2022. Plaintiff shall have until May 18, 2022 to file any response.

21  No reply brief shall be filed unless as indicated by the Court.

22  \\

23  \\

24

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated April 22, 2022.

Marsha J. Pechman
United States Senior District Judge